**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, NJ  07068
Tel. 973.597.2500
Fax  973.597.2400

*Counsel for the Discovery Global Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DISCOVERY GLOBAL CITIZENS MASTER FUND, LTD., DISCOVERY GLOBAL FOCUS MASTER FUND, LTD., DISCOVERY GLOBAL MACRO MASTER FUND, LTD., and DISCOVERY GLOBAL OPPORTUNITY MASTER FUND, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, and HOWARD B. SCHILLER, <br><br> Defendants. | Civil Case No. 3:16-cv-7321 <br><br> **THE DISCOVERY GLOBAL PLAINTIFFS' RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Discovery Global Citizens Master Fund, Ltd., Discovery Global Focus Master Fund, Ltd., Discovery Global Macro Master Fund, Ltd., and Discovery Global Opportunity Master Fund, Ltd. (collectively, the "Discovery Global Plaintiffs") hereby certifies as follows.

Discovery Global Citizens Master Fund, Ltd. has no parent corporations, and no publicly held corporation owns 10% or more of Discovery Global Citizens Master Fund, Ltd.'s stock.

-2-

Discovery Global Focus Master Fund, Ltd. has no parent corporations, and no publicly held corporation owns 10% or more of Discovery Global Focus Master Fund, Ltd.'s stock.

Discovery Global Macro Master Fund, Ltd. has no parent corporations, and no publicly held corporation owns 10% or more of Discovery Global Macro Master Fund, Ltd.'s stock.

Discovery Global Opportunity Master Fund, Ltd. has no parent corporations, and no publicly held corporation owns 10% or more of Discovery Global Opportunity Master Fund, Ltd.'s stock.

Dated: October 14, 2016         **LOWENSTEIN SANDLER LLP**

By:   s/ Lawrence M. Rolnick
        Lawrence M. Rolnick
        Marc B. Kramer
        Thomas E. Redburn, Jr.
        Sheila A. Sadighi
        Michael J. Hampson
        65 Livingston Avenue
        Roseland, NJ  07068
        Tel. 973.597.2500
        Fax  973.597.2400
        lrolnick@lowenstein.com
        mkramer@lowenstein.com
        tredburn@lowenstein.com
        ssadighi@lowenstein.com
        mhampson@lowenstein.com

*Counsel for the Discovery Global Plaintiffs*